**Frank Vogt, appellee, v. William Waltking, executor of the last will and testament of William Strohmeier, deceased, appellant. Gen. No. 26,793.**

Claim against an estate disallowed in probate court. Judgment in circuit court on appeal in favor of claimant. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, pre-

siding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed December 19, 1921.

Worth E. Caylor, for appellant. Julius C. Greenbaum, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.